UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION
Civil Action No.: 5:12-CV-00275-D

| | |
|---|---|
| Jason Titsworth, *Plaintiff*, v. Experian Information Solutions, Inc., et al., *Defendants*. | NOTICE OF APPEARANCE OF MATTHEW R. JOLSON |

The undersigned counsel, Matthew R. Jolson, of the law firm of Jones Day, hereby provides notice to the Court and all parties and their counsel that, pursuant to Local Rule 83.1(e), he will appear on behalf of Defendant Experian Information Solutions, Inc. The undersigned counsel will appear in association with Julian H. Wright, Jr. and Sinead N. O'Doherty of the law firm of Robinson, Bradshaw & Hinson, P.A. Please direct copies of all future correspondence, pleadings, notices, and other contacts regarding the case to Julian H. Wright, Jr. and Sinead N. O'Doherty at Robinson, Bradshaw & Hinson, P.A. and to Matthew R. Jolson at Jones Day.

This the 24th day of July, 2012.

Respectfully submitted,

By: s/ Matthew R. Jolson
Matthew R. Jolson
Ohio Bar No. 0085469
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215-2673
Telephone: (614) 281-3939
Facsimile: (614) 461-4198
Email: mrjolson@jonesday.com

Julian H. Wright, Jr.
N.C. Bar No. 19345
Email: jwright@rbh.com
Sinead O'Doherty
N.C. Bar No. 38402
Email: sodoherty@rbh.com
ROBINSON BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on July 24th 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to all counsel of record in this matter.

s/ Matthew R. Jolson
Matthew R. Jolson
Ohio Bar No. 0085469
JONES DAY
325 John H. McConnell Blvd., Ste. 600
Columbus, Ohio 43215-2673
Telephone: (614) 281-3939
Facsimile: (614) 461-4198
Email: mrjolson@jonesday.com

*Counsel for Defendant Experian
Information Solutions, Inc.*
