IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JASON TITSWORTH,<br><br>                    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, AND WELLS FARGO EDUCATIONAL FINANCIAL SERVICES, A SUBSIDIARY OF WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>                    Defendants. | Civil Action No. 5:12-cv-00275-F<br><br><br>**JOINT DESIGNATION<br>OF<br>MEDIATOR** |

The parties have selected the mediator named below, who is certified as a commercial and construction mediator and arbitrator by the American Arbitration Association and who has agreed to serve in this case:

      Rene Ellis, Esquire
      Beason & Ellis Conflict Resolution, LLC
      2741 University Drive
      Post Office Box 52270
      Durham, North Carolina 27717-2270
      Phone: (919) 419-9979
      Fax: (888) 788-2153
      Email: rellis@beasonellis.com

**[CONTINUED TO PAGE 2]**

Respectfully submitted this 11th day of October, 2012.

| | |
|---|---|
| CONSUMER LITIGATION ASSOCIATES, P.C. | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| By: /s/ Leonard A. Bennett<br>Leonard A. Bennett<br>Bar #21576<br>763 J. Clyde Morris Bulevard, Suite 1-A<br>Newport News, VA 23601<br><br>*Counsel for Plaintiff Jason Titsworth* | By: /s/ Phillip A. Harris Jr.<br>Joseph S. Dowdy<br>NC Bar No. 31941<br>Phillip A. Harris, Jr.<br>N.C. State Bar No. 39740<br>4140 Parklake Avenue, Suite 200<br>Raleigh, North Carolina 27612<br><br>*Counsel for Defendant Wells Fargo Educational Financial Services* |
| JONES DAY | KING & SPALDING LLP |
| By: /s/ Matthew R. Jolson<br>Matthew R. Jolson<br>Ohio Bar No. 0085469<br>325 John H. McConnell Blvd., Suite 600<br>Columbus, Ohio 43215-2673 | By: /s/ David D. Guidry<br>David G. Guidry<br>North Carolina Bar No. 38675<br>100 North Tryon Street, Suite 3900<br>Charlotte, North Carolina 28202 |
| ROBINSON BRADSHAW & HINSON, P.A. | *Counsel for Defendant Equifax Information Services LLC* |
| By: /s/ Julian H. Wright, Jr.<br>Julian H. Wright, Jr.<br>N.C. Bar No. 19345<br>Sinead O'Doherty<br>N.C. Bar No. 38402<br>101 North Tryon Street, Suite 1900<br>Charlotte, North Carolina 28246<br><br>*Counsel for Experian Information Solutions, Inc.* | |

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Leonard A. Bennett
Consumer Litigation Associates P.C.
763 J. Clyde Morris Bulevard, Suite 1-A
Newport News, VA 23601
lenbennett@clalegal.com
*Attorneys for Plaintiff*

David Glen Guidry
King & Spalding, LLP
100 North Tryon Street, Suite 3900
Charlotte, NC 28202
dguidry@kslaw.com)
*Attorneys for Equifax Information Services, LLC*

Marc F. Kirkland
Strasburger & Price LLP
2801 Network Boulevard, Suite 600
Frisco, TX 75034
mark.kirkland@strasburger.com
*Attorney for TransUnion, L.L.C.*

Joseph W. Willford
Young, Moore & Henderson, P.A.
3101 Glenwood Avenue, Suite 200
Raleigh, NC 27622
jww@youngmoorelaw.com
*Attorneysfor TransUnion, L.L.C.*

Matthew R. Jolson
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215-2673
mrjolson@jonesday.com
*Attorney for Experian Information Solutions, Inc.*

Julian H. Wright, Jr.
Robinson Bradshaw & Hinson, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
jwright@rbh.com
*Attorney for Experian*

This the 11th day of October, 2012.

NELSON MULLINS RILEY & SCARBOROUGH LLP

/s/ Phillip A. Harris, Jr.
Joseph S. Dowdy
NC Bar No. 31941
Phillip A. Harris, Jr.
N.C. State Bar No. 39740
4140 Parklake Avenue, Suite 200
Raleigh, North Carolina 27612
Phone: (919) 877-3800
Fax: (919) 877-3799
*Counsel for Defendant Wells Fargo Educational Financial Services, a subsidiary of Wells Fargo Bank, National Association*