UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:12-CV-00275-F

JASON TITSWORTH,

    *Plaintiff*,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    *Defendants*.

STIPULATION OF DISMISSAL
WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jason Titsworth and Defendant Experian Information Solutions, Inc. ("Experian"), through the undersigned counsel, hereby stipulate that there are no longer any issues in this matter between Plaintiff Titsworth and Defendant Experian to be determined by this Court.

Plaintiff Titsworth and Defendant Experian hereby stipulate that this matter be *dismissed with prejudice* as to Defendant Experian, with each party to bear its own costs and fees (including attorneys' fees) relating to such claims.

Dated: November 5, 2012

Respectfully submitted,

By:  s/ Leonard A. Bennett
     Leonard A. Bennett

     Consumer Litigation Associates, P.C.
     763 J. Clyde Morris Boulevard, Suite 1-A
     Newport News, Virginia 23601
     Telephone: (757) 930-3660
     Facsimile: (704) 930-3662
     lenbennett@clalegal.com

     *Counsel for Plaintiff Jason Titsworth*

By: s/ Julian H. Wright, Jr.
Julian H. Wright, Jr.
N.C. Bar No. 19345
Sinead O'Doherty
N.C. Bar No. 38402

ROBINSON BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
jwright@rbh.com
sodoherty@rbh.com

Matthew R. Jolson
Ohio Bar No. 0085469
(*pro hac vice admission pending under Local Rule 83.1e)*)
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215-2673
Telephone: (614) 281-3939
Facsimile: (614) 461-4198
Email: mrjolson@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will electronically notify the following counsel of record in this matter.

    Leonard A. Bennett (lenbennett@clalegal.com )
    Consumer Litigation Associates P.C.
    763 J. Clyde Morris Bulevard, Suite 1-A
    Newport News, VA 23601

    *Attorneys for Plaintiff*

    Phillip A. Harris , Jr. (phillip.harris@nelsonmullins.com)
    Joseph Samuel Dowdy (joe.dowdy@nelsonmullins.com)
    Nelson Mullins Riley & Scarborough, LLP
    4140 Parklake Ave.
    GlenLake One, 2nd Floor, Suite 200
    Raleigh, NC 27612

    *Attorneys for Wells Fargo Educational Finance Services*

| Marc F. Kirkland | Joseph W. Willford |
| --- | --- |
| Strasburger & Price LLP | Young, Moore & Henderson, P.A. |
| 2801 Network Boulevard, Suite 600 | 3101 Glenwood Avenue, Suite 200 |
| Frisco, TX 75034 | Raleigh, NC 27622 |
| mark.kirkland@strasburger.com | jww@youngmoorelaw.com |

    *Attorneys for Trans Union, L.L.C.*

    David Glen Guidry (dguidry@kslaw.com)
    King & Spalding, LLP
    100 North Tryon Street, Suite 3900
    Charlotte, NC 28202

    *Attorneys for Equifax Information Services, LLC*

This 5th day of November, 2012.

                                      s/Julian H. Wright, Jr.
                                      Julian H. Wright, Jr.
                                      N.C. Bar No. 19345
                                      jwright@rbh.com

                                      ROBINSON BRADSHAW & HINSON, P.A.
                                      101 North Tryon Street, Suite 1900
                                      Charlotte, North Carolina  28246
                                      Telephone:    704.377.2536
                                      Facsimile:    704.378.4000

                                      *Attorneys for Defendant Experian Information Solutions, Inc.*