IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division

JASON TITSWORTH,

    Plaintiff

v.                                                   CASE NO: 5:12-CV-275-D

EXPERIAN INFORMATION SOLUTIONS,
INC., EQUIFAX INFORMATION SERVICES,
LLC, and WELLS FARGO EDUCATIONAL
FINANCE SERVICES, a subsidiary of Wells
Fargo Bank, National Association

    Defendants,

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, **JASON TITSWORTH**, and the Defendant **WELLS FARGO EDUCATIONAL FINANCE SERVICES, a subsidiary of Wells Fargo Bank, National Association**, by counsel, and hereby moves the Court to dismiss with prejudice all claims *only against* **WELLS FARGO EDUCATIONAL FINANCE SERVICES, a subsidiary of Wells Fargo Bank, National Association,** in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint *only against* Defendant **WELLS FARGO EDUCATIONAL FINANCE SERVICES, a subsidiary of Wells Fargo Bank, National Association**, is DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this ____ day of _____, 2013.

_____
JUDGE

WE ASK FOR THIS:

_____
Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

*Counsel for Plaintiff*


_____
Mr. Phillip Harris, Jr.
Nelson, Mullin, Riley & Scarborough, LLP
GlenLake One, Suite 200
4140 Parklake Avenue
Raleigh, North Carolina 27612
Telephone: (919) 329-3852
E-mail: phillip.harris@nelsonmullins.com

*Counsel for Wells Fargo Educational Finance Services, a subsidiary of Wells Fargo Bank, National Association*